**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN CHRISTOPHER BRIAND,<br><br>　　　　　　Defendant. | NO.  CR10-246-RAJ<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　Count 1:　　Conspiracy to Distribute Cocaine

　　　Count 2:　　Possession of Cocaine with Intent to Distribute

　　　Count 3:　　Conspiracy to Export Cocaine

　　　Count 4:　　Aiding and Abetting the Exportation of Cocaine

<u>Date of Detention Hearing</u>:  March 24, 2016

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　1.　　Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.  Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2. Defendant lives in Canada and had to be extradited to the United States.

3. Defendant not interviewed so his background is unknown.

4. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of March, 2016.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge