The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR10-246RAJ |
| Plaintiff | |
| v. | ORDER TO SEAL |
| MARTIN CHRISTOPHER BRIAND, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of sensitive information contained within,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #14) is GRANTED, and the United States' Motion for a Protective Order, shall remain sealed.

DATED this 6th day of April, 2016.

The Honorable Richard A. Jones
United States District Judge

Order To Seal/CR10-246RAJ
BRIAND - 1