The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN CHRISTOPHER BRIAND,<br><br>　　　　　　　　　　Defendant. | NO. CR10-246 RAJ<br><br>ORDER GRANTING<br>CONTINUANCE OF PRETRIAL<br>MOTIONS DEADLINE AND TRIAL |

THE COURT having considered the stipulated motion of the Defendant and the records and files herein, the Court hereby makes the following findings:

1.　Based on the facts set forth in the Defendant's stipulated motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2.　The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and an opportunity for the Defendant to benefit from his efforts, and that these factors outweigh the bests interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

///

///

Order Granting Continuance of Pretrial Motions and Trial
Christopher Briand
No. CR10-246 RAJ
Page 1 of 2

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323

IT IS THEREFORE ORDERED that the trial date is extended from May 31, 2016 to September 26, 2016.  All pretrial motions, including motions in limine, shall be filed no later than August 11, 2016.

IT IS FURTHER ORDERED that the period of time from the date of this order, up to and  including the new trial date of September 26, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DATED this 19th day of April, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

Order Granting Continuance of Pretrial Motions and Trial
Christopher Briand
No. CR10-246 RAJ
Page 1 of  2

PLATT & BUESCHER
Attorneys at Law
P.O. Box 727
Coupeville, WA 98239
Phone: (360) 678-6777
Fax: (360) 678-0323