The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BRIAND,<br><br>Defendant. | NO. CR10-246 RAJ<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal, and because of the sensitive information contained in the Memorandum, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #31) is GRANTED, and that the Government's Supplemental Sentencing Memorandum, filed under Dkt. #32, shall remain sealed.

DATED this 20th day of January, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge