The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR10-246 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |
| MARTIN CHRISTOPHER BRIAND, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence, and finding good cause, hereby states that IT IS HEREBY ORDERED that the Motion (Dkt. 39) is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before March 29, 2021, Defendant may file a reply on or before April 9, 2021, and the motion shall be re-noted for April 9, 2021.

DATED this 11th day of March, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE A RESPONSE /
*United States v. Briand,* CR10-246 RAJ    - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970